IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRIAN C. WILLIAMS** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO. 10-cv-414-JPG |
| | ) |
| **SGT. GIBBS, et al.,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

**GILBERT, District Judge:**

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is with prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.

| 2/7/2011 | By: | s/ J. Phil Gilbert |
|---|---|---|
| Date | | District Judge |